AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN**      **DISTRICT OF**      **TEXAS**

**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
Nahum Sanchez-Navarro

United States District Court
Southern District Of Texas
FILED

DEC 20 2019

David J. Bradley, Clerk

**CRIMINAL COMPLAINT**

Case Number: M-19-3121-M

IAE    YOB: 1969
El Salvador
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 19, 2019** in **Hidalgo** County, in the **Southern** District of **Texas**

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near Mission, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Nahum Sanchez-Navarro was encountered by Border Patrol Agents near Mission, Texas on December 19, 2019. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on December 19, 2019, near Hidalgo, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on October 3, 2019 through Laredo, Texas. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On May 14, 2007, the defendant was convicted of 8 USC 1326, Illegal Re-entry after Deportation and sentenced to thirty-seven (37) months confinement, and two (2) years supervised release term.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

@1:46 pm

Complaint authorized by AUSA Claire Nguyen  12/20/19

Signature of Complainant

Kellen Meador
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**December 20, 2019**
Date

**J. Scott Hacker** , **U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer